AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Eddie Colla | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:16-05686 |
| TouchOfModern, INC., | ) | |
| *Defendant* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 06/29/2017.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 1/11/18

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

**JS-6**

1  Michaela Battista Sozio, Esq., SBN 179148
   msozio@tresslerllp.com
2  Jeanne Kuo Riggins, Esq., SBN 231441
   jriggins@tresslerllp.com
3  TRESSLER, LLP
4  1901 Avenue of the Stars, Suite 450
   Los Angeles, CA 90067
5  Telephone: (310) 203-4800
   Facsimile: (310) 203-4850
6
7  Attorneys for Defendant and Cross-Claimant
   TOUCHOFMODERN, INC.
8  dba TOUCH OF MODERN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE COLLA,<br><br>        Plaintiff,<br><br>v.<br><br>TOUCHOFMODERN, INC., dba TOUCH OF MODERN, and DOES 1-10, inclusive,<br><br>        Defendant. | Case No. CV 16-5686-GW(KSx)<br><br>Hon. George W. Wu<br>Courtroom: 9D<br><br>**JUDGMENT RE: TOUCHOFMODERN, INC'S APPLICATION FOR DEFAULT JUDGMENT BY COURT** |
| TOUCHOFMODERN, INC., dba TOUCH OF MODERN,<br><br>        Cross-Claimant,<br><br>v.<br><br>PINGO WORLD, and ROES 1-10, inclusive,<br><br>        Cross-Defendants. | |

Cross-Claimant, TOUCHOFMODERN, Inc. dba Touch of Modern's ("Cross-Claimant" or "TOUCHOFMODERN") Application for Default Judgment by the Court under Federal Rule of Civil Procedure 55(b)(2) against Cross-Defendant Pingo World came on regularly for hearing on June 22, 2017, before the above-entitled Court in Courtroom 9D, the Honorable George Wu, Judge Presiding. Michaela L. Sozio, Esq., appearing for moving party, Cross-Claimant TOUCHOFMODERN. Eric Bjorgum, Esq. appeared for Plaintiff Eddie Colla. No appearance was made by Cross-Defendant Pingo World.

The Court, having considered all of the papers and supporting evidence submitted by Cross-Claimant for its Application for Default Judgment and the argument of counsel at the hearing, hereby **GRANTS** Cross-Claimant's Application for Default Judgment.

**THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Judgment is entered in favor of Cross-Claimant TOUCHOFMODERN against Cross-Defendant Pingo World on the First Cause of Action for contractual indemnification;

2. A monetary award is entered against Pingo World and in favor of Cross-Claimant TOUCHOFMODERN in the total amount of $28,167.42, which breaks down as follows:
    a. $19,500.00 for indemnification;
    b. $5,140.92 in attorney's fees and costs associated with the defense of the Copyright Litigation; and
    c. $3,526.50 in attorney's fees and costs associated with the prosecution of the cross-claim against Pingo World.

3. Judgment is entered in favor of Cross-Claimant TOUCHOFMODERN against Cross-Defendant Pingo World on the Fourth Cause of Action for declaratory relief that Pingo World is required to indemnify, defend and hold TOUCHOFMODERN harmless from judgments and/or

liability arising from the acts or omissions of Pingo World with respect to the accused products at issue in this litigation.

Dated: June 29, 2017

_____
GEORGE W. WU, U.S. District Judge

LA #159196 v.4 (1624-57)

I hereby attest and certify on 10·11·2017 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*Derek Davis*
**DEPUTY CLERK** (1099)